# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00246-CV

Alliance Association Management, Inc., Appellant

v.

Colony Square Owners Association, Inc., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-06-00291, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint, agreed motion to dismiss the appeal, explaining that they have settled their dispute. They ask that this Court vacate the trial court's March 15 judgment, dismiss the case in its entirety, provide that each party shall bear its own costs, and issue mandate immediately. We grant the motion, and, in accordance with the parties' agreement, we vacate the trial court's judgment, rendered March 15, 2006, and dismiss the cause. *See* Tex. R. App. P. 42.1, 43.2.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Vacated and Dismissed on Joint Motion

Filed:   December 19, 2006